## Traenker, Appellant, *v.* Campbell.

Argued May 2, 1911. Appeal, No. 162, April T., 1911, by defendant, from order of C. P. No. 2, Allegheny Co., April T., 1911, No. 515, awarding an injunction in case of Oswald Traenker v. I. K. Campbell et al., Commissioners of Allegheny County, et al. Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD, BEAVER and PORTER, JJ. Affirmed.

PER CURIAM, July 11, 1911:

The decree is affirmed and the appeals dismissed at the costs of the respective appellants.